UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JOSE ALBERTO CLAROS, et al.,     )
                                        )
      Plaintiffs,             )
                                        )
v.                               )      Civil Action No. 09-1888 (RBW)
                                        )
NASTOS CONSTRUCTION, INC., et al.,  )
                                        )
      Defendants.       )
_____)

## ORDER

On January 10, 2014, the parties appeared before the Court for a settlement fairness hearing pursuant to Federal Rule of Civil Procedure 23(e). During the January 10, 2014 hearing, the plaintiffs represented to the Court that they had provided notice of the settlement agreement dated January 3, 2013 (as amended on October 4, 2013) to all settlement class members in accordance with this Court's October 18, 2013 Order. The plaintiffs further represented that none of the settlement class members objected to or wished to opt-out of the settlement agreement. The Court specifically inquired of the defendants whether they had any objections to the Class Plaintiffs' Supplemental Memorandum of Support of Final Class Certification and Approval of the Settlement ("Class Plaintiffs' Supplemental Memorandum"), see ECF No. 135, and counsel for the defendants stated that they agree with and concede all points made in that Memorandum. Accordingly, upon consideration of the Class Plaintiffs' Supplemental Memorandum, the representations made by the parties during the January 10, 2014 hearing, and for the reasons stated in the attached Order and Final Judgment, it is

**ORDERED** that the attached Order and Final Judgment is **ENTERED**, and the parties shall comply with all the terms and conditions therein.

**SO ORDERED** this 14th day of January, 2014.

                                                  REGGIE B. WALTON
                                                  United States District Judge